IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Cloudflare, Inc.,<br><br>Movant,<br><br>v.<br><br>Check Point Software Technologies, Inc.,<br><br>Respondent. | Civil Action No:<br>6:22-mc-01138-ADA-DTG |

## ORDER

Before the Court is Movant Cloudflare, Inc.'s ("Cloudflare") Petition and Motion to Enforce Subpoena (ECF No. 1) and Respondent Check Point Software Technologies, Inc.'s ("Check Point") Cross-Motion to Quash Subpoena (ECF No. 14) (collectively, the "Motions"). After careful consideration, and for the reasons stated at the hearing on December 9, 2022, the Motions are **GRANTED-IN-PART** and **DENIED-IN-PART**, as follows:

- Check Point shall produce, by December 23, 2022, the following:
    - Check Point's (i) agreement(s) with RPX and (ii) communications with RPX regarding such agreement(s) (both before and after Check Point entered into the agreement(s)); and
    - A business records declaration authenticating and establishing as business records the Form 20-F filings of Check Point Software Technologies, Ltd. for the fiscal years ended December 31, 2015, December 31, 2016,

1

    December 31, 2017, December 31, 2018, December 31, 2019, December 31, 2020, and December 31, 2021.

- Any other discovery requested by Cloudflare of Check Point is denied, including, but not limited to, Check Point's nonpublic sales data.

- Check Point's request for attorney's fees is denied. Check Point and Cloudflare shall bear their own respective attorney's fees, expenses, and costs associated with the Subpoena and Motions.

**SO ORDERED** and signed this the 15th day of December 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE